**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,
for the use and benefit of SMITH &
SON'S SOD COMPANY, INC., etc.,

      Plaintiff,

      v.                                      No.3:08-cv-730-J-12HTS

EARTH SAVERS, INC., etc., et al.,

      Defendants.

---

## O R D E R

This cause is before the Court on the parties' Case Management Report (Doc. 9), filed October 7, 2008. The Court notes that in paragraph 9, the parties indicate that they agree to consent to the jurisdiction of the United States Magistrate Judge for final disposition, including trial. Upon review of the matter, it is

**ORDERED AND ADJUDGED**:

      1.     That the Clerk's Office shall provide the parties with the appropriate form for consent to the jurisdiction of the United States Magistrate Judge; and

      2.     That the parties shall have until October 31, 2008, to complete the form and file it with the Court for referral of the case to the United States Magistrate Judge for disposition.

**DONE AND ORDERED** this ____16th_____ day of October 2008.

*Howell W. Melton*
HOWELL W. MELTON
United States District Judge

c: Counsel of Record